

ORIGINAL

FILED

09/07/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0296

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0296

STATE OF MONTANA,

Plaintiff and Appellee,

v.

JEFFERY JOHN LOUT,

Defendant and Appellant.

ORDER

FILED

SEP 07 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

On August 20, 2021, self-represented Appellant Jeffery John Lout filed three pleadings with this Court: (1) "Notice to File Subpoenas For ad [Testificandum] of Witnesses per M.R.Civ.P. 45 for Compulsory Process Before the High Court[;]" (2) Motion with Supporting Affidavit to Disqualify the [Entirety] of the Five Justice Panel of the Montana Supreme Court in Which to Prevent any [Furtherance] of Judicial Bias' [*sic*] and/or Prejudices' [*sic*] Which Have Created a Gross [Manifest] Miscarriage of Justice with this Entire Case at Bar[;]" and (3) "Notice to the High Court Hereby Reserving and Preserving My Due Process Rights in Which to File Exculpatory [Evidence] Which Has Just Come to Light upon Receiving My District Court Records Which Were Forwarded to the Clerk of the Supreme Court for this Appeal Purpose." The State of Montana has not filed a response to Lout's Motions.

Upon review, this Court observes that Lout's appeal is not properly before this Court. Lout appeals an April 22, 2021 Ravalli County District Court Order that summarily denied his "Motion Seeking a Reduction of Sentence of Flat Discharge with Credit for the Twenty-two Years Already Served as a Direct Result of the Numerous Due Process Violations Resulting from the Judicial Bias' [*sic*] and Actual Controversies Throughout Both of Lout's Cases." Section 46-20-104(1), MCA, provides that "[a]n appeal may be taken by the defendant only from a final judgment of conviction and orders after judgment

which affect the substantial rights of the defendant." *See also* M. R. App. P. 4(5)(b)(i). The court's order is not appealable. Lout's motion was an attempt to challenge his convictions and sentences in two separate cases that are almost two decades old.[1] There was no case pending before the District Court in which a motion properly could be filed. We conclude on the Court's own motion that Lout's appeal must be dismissed.

IT IS THEREFORE ORDERED that all pending motions and pleadings in this matter are DENIED.

IT IS FURTHER ORDERED that this appeal is DISMISSED WITH PREJUDICE and that remittitur shall issue forthwith.

IT IS FURTHER ORDERED that henceforth, prior to filing any original petition or pleading with this Court, challenging his convictions and sentences in Cause Nos. DC 99-22 and DC 02-79 from the Ravalli County District Court, Lout is directed to file a motion for leave to file the document. The motion for leave must be sworn under oath, not exceed three pages in length, and make a preliminary showing that the petition has merit and meets the criteria to state a prima facie case under M. R. App. P. 14(5). Only when this Court has reviewed the motion and issued an order granting leave to file may the Clerk of this Court file the petition. Any other pleading that Lout seeks to file shall be rejected, and the Clerk shall inform Lout accordingly.

---

[1] Lout did not file any direct appeal of his convictions and sentences, but he has challenged them collaterally though both postconviction appeals and original proceedings. *See Lout v. Mahoney*, No. 03-767, 2003 Mont. LEXIS 912, Order denying habeas corpus relief (Dec. 9, 2003) (*Lout I*); *Lout v. State*, 2005 MT 93, ¶¶ 6, 21, 326 Mont. 485, 111 P.3d 199 (Lout pleaded guilty to two counts of sexual intercourse without consent in Cause No. 02-79 and waived his right to appeal. This court affirmed the District Court's denial of his petition for postconviction relief.) (*Lout II*). *See also Lout v. State*, No. DA 11-0177, Order dismissing appeal *sua sponte* (Mont. Jun. 15, 2011) (Lout *III*); and *Lout v. State*, No. OP 18-0521, 2018 Mont. LEXIS 321, Order dismissing Petition for Extraordinary Writ of Coram Nobis of False Judgments (Sept. 18, 2018) (*Lout IV*). *See also Lout v. State*, No. DA 18-0522, 2019 MT 281N, ¶¶ 2-3, 2018 Mont. LEXIS 1058 (*Lout V*) (where this Court affirmed the District Court's denials of his motions to dismiss his criminal cases, Cause Nos. DC 99-22 and DC 02-79, which properly were treated as petitions for postconviction relief, because his "request for relief is both untimely and procedurally barred.")

The Clerk is directed to provide a copy of this Order to counsel of record and to Jeffery John Lout along with a copy of M. R. App. P 14(5).

DATED this \_\_\_\_\_ day of September, 2021.

_____
Chief Justice

_____

_____

_____

_____
Justices